# Charles T. Atkinson

| | |
|---|---|
| **From:** | Stephen Knudsen <sknudsen@durkinlawfirm.com> |
| **Sent:** | Friday, September 20, 2013 6:19 PM |
| **To:** | Charles T. Atkinson |
| **Subject:** | Re: Melendez - 12 CV 8846 |

Travis - do you ever go home?

Have a good weekend!!

Sent from my iPhone

On Sep 20, 2013, at 6:01 PM, "Charles T. Atkinson" <catkinson@NapoliBern.com> wrote:

> Steve,
>
> Thank you for the exchange.
>
> I don't see a supplemental report by Mr. Galbreath containing a complete statement of his opinions regarding Mr. Miller's animations, how Galbreath arrived at those opinions, or how the opinions contained in Galbreath's original report were changed as a result of having viewed those animations.  Kindly advise me immediately if we can expect a supplemental report from Mr. Galbreath between now and the close of expert discovery at midnight EST.
>
> Please be advised that in the absence of such a report, your last-minute exchange is deficient pursuant to FRCP 26(a)(2)(B)(i-ii), and rejected accordingly.  Should the Court permit Galbreath to testify at all, we will object to any attempts on your part to use this last-minute exchange to justify expanding the scope of your inquiry beyond the opinions contained in his original report.
>
> Have a good weekend.
>
> <image001.gif>
>
> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.
>
> This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at  www.napolibern.com

**From:** Stephen Knudsen [mailto:sknudsen@durkinlawfirm.com]
**Sent:** Friday, September 20, 2013 5:11 PM
**To:** Joseph Napoli; Keith Raven
**Cc:** Charles T. Atkinson; Lorna Rodney
**Subject:** Melendez - 12 CV 8846

Counsel:

    Attached hereto is the Expert Exchange of the Volpe Defendants as to Kevin Galbreath that went out in the regular mails today.


*Stephen M. Knudsen, Esq.*

*Durkin & Durkin, LLP*

*1120 Bloomfield Avenue, PO Box 1289*

*West Caldwell, NJ 07007*

*Phone (973) 244-9969, Fax (973) 227-4018*

*80 Broad Street, 5th Floor*

*New York, NY 10004*

*Phone (212) 349-8173, Fax (212) 858-5770*

Sknudsen@durkinlawfirm.com

***Confidentiality Note***: *The information contained in this transmittal and any documents accompanying the transmittal contain information from the Law Firm of Durkin & Durkin, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, or you received this transmittal in error, you are hereby notified that any disclosure, copying, distribution, dissemination or the taking of any action in reliance upon the contents of this transmittal is prohibited. Please notify us by telephoning immediately so that we can arrange for the return of the original documents at no cost to you.*

*Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, we inform you that, unless specifically indicated otherwise, any tax advice contained in this message, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*